█ In the Matter of Marie Cassavell et al. Stephen Gaida, Appellant; Marie Cassavell et al., Respondents.— Motion for a stay denied on condition that respondents stipulate that any examinations taken under the discovery order entered June 9, 1959 shall be binding upon the parties and shall be admissible in any subsequent proceedings which may be commenced in Richmond County in the event the decree appealed from is reversed. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

█ Rebecca Jaffe, Individually and as Residuary Legatee of the Estate of Yetta Schneck, Deceased, v. Evelyn Roaman et al.— Motion to dismiss appeal from order of September 23, 1959 granted on consent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

█ Rebecca Jaffe, Individually and as Residuary Legatee of the Estate of Yetta Schneck, Deceased, v. Evelyn Roaman et al.— Motion to dismiss appeal from order and final judgment of October 1, 1959 and October 6, 1959, respectively, granted on consent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

█ In the Matter for Letters of Guardianship of the Person and Property of Elaine Cohen, an Infant. Eloyse H. Ginsburgh, Appellant; Louis Cohen. — Motion for a stay denied. Concur — Botein, P. J., Breitel; Rabin, M. M. Frank and Valente, JJ.

## (January 8, 1960)

█ In the Matter of University Properties, Inc. against Robert C. Weaver, as State Rent Administrator.— Motion for leave to intervene as party respondent granted on consent. Respondent-intervenor's points are to be served and filed on or before January 15, 1960. Reply points, if any, are to be served and filed on or before the argument or submission of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (January 11, 1960)

█ In the Matter of Vivian A. Cox, against Clifford A. Scott.— Motion for an enlargement of time granted and the stay contained in the order of this court, entered November 17, 1959, is hereby continued pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960. The order of this court, entered November 17, 1959, is modified accordingly. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

█ Sydney Snitow et al. v. Nelson C. Dukes et al.— Motion insofar as it seeks dismissal of the appeals is denied with leave, however, to renew upon the argument or submission of the appeals. Insofar as the motion seeks to require appellants to print additional papers, it is denied on condition that the appellants hand up on the argument or submission of the appeals the originals or true copies of all papers recited in Mr. Justice Epstein's decision appearing in the New York Law Journal on December 15, 1959, granting resettlement of the order denying rehearing or reargument, which are not included in the printed record. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.